IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-175-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JASMINE HARGROVE, ) | |
| ) | |
| Defendant. ) | |

On June 9, 2017, Jasmine Hargrove moved for reconsideration of this court's order of May 19, 2017. See [D.E. 54, 55]. The court has considered the motion. The motion [D.E. 54, 55] lacks merit and is DENIED.

SO ORDERED. This 28 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge