UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jasmine Hargrove**  Docket No. 5:13-CR-175-1D

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jasmine Hargrove, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 5, 2013, to the custody of the Bureau of Prisons for a term of 121 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jasmine Hargrove was released from custody on January 7, 2022, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During her initial office visit with this probation officer on January 12, 2022, Hargrove tested positive for marijuana. She denied any drug use, but admitted to being in a vehicle with a family member that was using marijuana. After the issuance of a verbal reprimand, Hargrove requested mental health counseling due to family issues, the death of her grandmother while she was in the Bureau of Prisons, and issues related to her adjustment back into society after a lengthy term of imprisonment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: January 12, 2022

Jasmine Hargrove
Docket No. 5:13-CR-175-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __13__ day of __January__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge